In hindsight, maybe we could have consolidated this, but we were obviously set off on this jurisdictional argument. Anyway, the next case is 22-1368, EEC International v. Secretary of the Army. Mr. Holmes, I think we can probably allied maybe some of the time, since we've had a... We don't need to re-discuss this jurisdictional question on this case. Yes, Your Honor, and I appreciate that. I was not planning to do that, but I would just put it preliminarily, the same case law and the same issues apply to this particular appeal as they did the first one. But I don't want to repeat all that. I think we've covered it quite thoroughly. What I would like to do, again, is walk through briefly this issue of some certain and how you get it. I have a question about that, so maybe I can attest here, is whether or not the claims share operative facts. As the board points out, that certain valid distinctions between the sub-issues of each claim. Is the fact that the issues merely concern the same aspect of construction, like the outlet stuff, enough to show that they share the same facts? Or does every issue share facts at some level of abstraction? I mean, I know the standard is low, so I'm not sure what the level of abstraction is between the facts. I think you make a strong case on some of the items, but I'm just not sure what the standard is. Right. I would refer back to, because to put this in context, what has happened here is the contractor filed its claim and it divided the claim into different parts. Then the board has looked at the claim and said, and then there's a sum certain for each of those parts, clearly. If you go to the appendix page 187, the claim we filed has got a direct cost sum certain for each of those 22 items, and that's the direct cost. Then if you go to page 219, the markups for overhead and profit, and you get the identical amount of the claim, the overall amount of the claim. What the board did, and this is what makes this case so unusual, is the board decided that contractor, you don't have a right to file the claim you want to and cluster your claims in the order you want. It read the claim and said, we're going to pick different claims and put them together differently. When you do that, the estimate is then split up differently than the way we did it. They've created a sum certain uncertainty by the way they chose to split the claims up. We think they did it wrong. It's pretty clear from the board's opinion that the board really didn't understand these claims and how they were put together. The way the board split the claims up, and I've got several examples I could walk you through, but the cost elements of one related claim are being split up by what they've done in their opinion. Each of the issues the contractor chose to put together, in its view, the logical relationship of issues, and then cost those. Then the board split them up differently and said, now we can't figure out what the cost is because we've sliced them up in a different grouping. We went back and redid the estimate as a part of the motion practice and said, if you really want to split them up a different way, then you have to redo the estimate and here's how you do that. Again, we cited in our briefs and we set before the board how you would recalculate that estimate the way the board wanted to have it split up. I think what we have here is the unique circumstance where the judge has divided the claim in a different manner and then created a problem that didn't exist. If that's the legal standard, if the judge is... Maybe let me just make sure I understand your argument. Are you arguing that the nine challenge line items are interrelated because they share a common design process? Is that part of your argument? I'm just trying to... Well that is certainly one of the parts of it, but if you want to look at the nine line items and basically from Appendix 187, what the judge did was he picked out nine of those particular items and said, I don't see these as interrelated. I see them as separate claims. He recreated a claim instead of nine claims that we had in our original claim. He created 22 claims. The dilemma a contractor is in is if a judge comes back and does that and says, well now that I've recreated the claims, I can't figure out the some certain. We're not given a chance to explain what the some certain is. If that's the law, then contractors' claims could go away whenever a judge decides to split them up and doesn't give the party an opportunity to say, no, I still have my some certain. There was an overall dollar amount. We have specifically, if you look again at the claim page, we have an overall dollar amount for if you take the communications claims. There were claims four through 13. It's $1.827 million is what we claim for direct cost with the markups. If you want to subdivide and then each of those nine claims has individual sub amounts and if you want to break those up into additional amounts, then we should be given the chance to say, well, here's how you split these up. If that's what the board wants to do for saying, well, what's the some certain for the raceways or the LeGrand floor boxes. There's no case we've ever seen where that's been done by the court or board where they take the claim or recreate the claim and then say, we can't figure out the new number from your estimate. We did, by the way, have a program manager put together explaining if you want to go back and recalculate the estimate, that was done. We cite that in our brief. Again, I don't have the specific page sites handy here. I think I'm a little, maybe I could reserve my, get back like I did last time on my rebuttal and give you the specific page sites. That's basically what happened. If you look at the claim and read the claim as submitted, there is a clear some certain in there for each of these sub items of the 22 that we listed. There's really no way, the only way you could raise a some certain question in your mind is if you create a different claim than what we filed. Let me ask you about that going back to the issue we were discussing in the earlier case. Did this issue ever come up during the hearing, the trial in this case? No. Any questions raised with respect to the specificity of the numbers or the lack of specificity that was, you know, in the numbers? I give the same answer. This case, they were litigated together. The nine day trial covered both this claim and the other appeal issues. The word some certain were never issued. Nobody from the government, no witnesses ever said, we can't figure these out. We can't, we can't, we want to reorder this and we can't figure out the reordering of the claim. Is this the case where stuff was bifurcated apparently because some of the stuff was already decided or? Well, no. There had been a couple of summary judgment motions on the merits and then there was a decision on the security issue separate. But no, this was all litigated together. Both costs were proven by the parties. There was much discussion of cost and how you calculated these estimates. And there was a lot of testimony about specific parts of the estimate, about how they were put together. But the some certain issue and the issue that we are here today about never came up. It was simply not an issue that the government raised or the judge raised. After the board's decision, was this issue discussed in any form on rehearing or a motion? Well, so we had our trial. The board did not rule on the merits of the issues before. Then it ruled jurisdiction. Then there was the jurisdictional motion filed after the trial when we were doing the post-trial briefing. That's when the government raised some certain issues. And that's when the board decided it. And there was no additional evidence. It was simply briefed. We did file an affidavit at that point because that's the first we knew that the judge was going to reorder things and suddenly there was going to be new sub-parts of claims. We filed an affidavit at that point explaining how you re-subdivide the specific parts to get to the issues. Did you contend at any point that the government was to stop from arguing that there was not a some certain for this regrouped evaluation? Well, in the briefing on the motion, we filed a motion for reconsideration after we got the decision. And then also in response to the government's motion to dismiss for jurisdictional reasons, we certainly argued that there was a some certain and it was presented and we walked through much like what we walked through in the brief in this case. We cited back to the claim documents and made our arguments. I don't know if that answers your question. We did raise that argument, but we didn't get to the issues obviously that the Supreme Court has gotten to, but we raised a fairness argument about how we spent huge amounts of our resources litigating this and now suddenly the government has come in at the eleventh hour and said we've got a problem with the cost. Nobody at trial raised the cost issue, this cost issue of some certain to us. How compelling that issue is may be affected by, I don't know the answer to this, whether or not, even if it's not jurisdictional, what authority the board would have to reopen or revisit this case at the eleventh hour. I just don't know the answer. Well, again, the board has very flexible procedures for opening a record if they needed more evidence. If they felt like, you know, based on what evidence was presented at trial, they needed additional evidence to address things, they certainly can. And again, I have seen that happen.  May it please the court. So, with respect to whether there was a some certain stated in the claim, what ECCI is arguing is that a contractor is allowed to aggregate individual claims and then no one is allowed to look at them and decide whether this aggregation is really whether there's multiple claims or just one claim. And this court in Placeway said that it's not up to the contractor to decide, but based on labels or a common thread, whether something is one claim or not. You have to look at the operative facts, whether they are the same or related. And all the board did here was in response to a motion to dismiss, challenging whether the claim had some of these line items at Appendix 187, whether some of those line items were in fact multiple claims because there were multiple operative facts. The contractor doesn't get to decide that something is a single claim just because that's how the contractor wants to set up or set forth their claim. And the board wasn't beholden to the labels that ECCI used in describing its claims. So, the board basically said ECCI, you made the wrong choice in grouping these various claims. And we're going to consider it in a different way. Does that mean ECCI never has an opportunity to sort of represent its claim or resubmit some certain argument based on the way the board is looking at the claim? It is ECCI's responsibility to figure out what is a single claim or multiple claims. And it would just be too easy to accept the ignore the law and aggregate things in a way that it makes it difficult for anyone to understand. What is the some certain? Judge Lund's question. I don't think I've heard an answer to that. I'm sorry, what was it? No, I mean, ECCI basically is submitting a claim based on what it perceives as the appropriate way to aggregate various components. And I hear your argument that, well, the board disagreed and said, no, no, no, you didn't do it right. But it just seems inappropriate that ECCI would not have an opportunity to say, well, okay, if you think we didn't do it right, we're happy to regroup and we'll do the math for you. And here's our claim. Did that not happen in this case? Or were they foreclosed from doing that in this case? That did not happen. I think because of the question of whether that deprived the, whether there was a claim. So if the claim doesn't have the some certain, then there's no claim to be presented under the statute for a contracting officer's final decision. So you could go, presumably they could redo it if they could resubmit it. There's a six-year statute of limitations, right? However, when we're doing this, raising this for the first time three months after the trial is completed, they've blown up the statute of limitations. So that's an issue. I mean, in another circumstance, if there's a motion to dismiss or something, they can even either try to amend the claim, or if the judge says no, then they can go back and file a new claim as long as they're within the statute of limitations. But that opportunity is foreclosed in this case, because of the lateness of raising these issues. Am I fairly stating that? It may be foreclosed in this case, but that shouldn't change whether the standard for determining whether a claim is one or multiple claims, and whether a some certain has been stated. That should apply here. Well, I'm not suggesting any nefarious purpose at all by the government, but does that create an amazing opportunity? I mean, let's say there really is a problem with the some certain, and you lie low until the trial is passed, and then you raise this issue post-trial, and the statute of limitations has run, so there's no opportunity to cure. Isn't that problematic in those circumstances? I don't know whether that's any of my business, but isn't that problematic? That could be problematic, but that would assume that the government wanted to litigate a case for six years just to run the statute of limitations, and there's no evidence that that's what was going on here. What happened was that shortly before this proceeding, this case, these appeals went to hearing, there was a change. The contractor shifted its claim, and this raised a red flag and caused the agency to go back and look at the original claim, what was really going on. Was there another procedural problem, therefore, because they're required to go to the contracting officer first, and so did you say, well, no, you shifted a claim, you can't do that at this stage because you haven't properly asserted the same claim before the contracting officer? That argument wasn't made. I mean, the court has held that the claim amount can change to some extent in litigation, but this seemed like they were suddenly saying that the security changes were no longer a delay claim, and that in the claim process, the contracting officer is unable to meaningfully engage and try and resolve disputes before litigation starts. Was the claim originally submitted entirely as a security concern? Just to be clear, this does relate to the 21-2323 claim, so I'm flopping a bit, but it was presented as there were 329 days of delay, 205 of which were the security claim, and it was $113 million some certain, and so that was the problem. When the board, when this issue was raised, the board looked and did the board's role is to see if there are board concluded in both 21-2323 and this one, which is 22-1368, dealing with the direct costs. In terms of the some certain, the spreadsheet, again, that's being referenced is something that was prepared after the issue was raised and would require, as ECCI put it, that you'd have to zero out some cells in a spreadsheet, you'd have to add GNA, you'd have to delete rows, replace some quantities. This math is nothing like the simple math that the court has held and the board has held to be simple math, and the reason why this would be a problem, if this suffices- In your mind, what constitutes simple math? What would you say that would be? It would be like the claims, the cases where you have a rental rate, and the claim is a rental rate specified in a lease, and the claim is you owe me 10 months of rent, and you could multiply the 10 by the $500 of rental rate, and the reason why it has to be really that simple is because you're using it as a proxy for a some certain, for something that is expressly stated, and so if there's any chance that the contracting officer, if the math is too complicated, if it's not as simple as adding two numbers or multiplying two numbers, then you have no confidence that the contracting officer is going to be on the same page as the contractor in terms of what the some certain is, what's being requested, and how does the contracting officer respond to that request of the court firm? Yes, so just several points- Before, I have one question, and it's with the other case, but it came up, and it's nobody's fault, but you, and you didn't have time the first time, but can you, you want to respond very briefly to the issue that the government has raised with respect to this change that took place right before the trial, and how that affected what was going on? That didn't happen. The delay claim was never about the security issue. There was a delay, and the way it explains those costs, that claim was litigated and lost. The delay claim was always about the communications design and delays associated with that. If you look at the claim and study it correctly, which apparently the government has not done, you see that each of the time periods where there's delay, they looked at, and it's when you have a delay issue, you have to look at all issues, and so the security issue was looked at as a potential delay, but in every time period, all the other delaying issues were overlapping, and the other issues, which were the communications issues predominantly, were always the longest path, the critical path to the project, and so for that reason, we never claimed security as a delay, and again, we cover that in our brief, and I think it is quite clear if you go back and study the original claim in the pages where those charts show the different delay issues, they overlay security during the same time period, and then communications during the same time period. Every single time period of the delay that's analyzed, the security days of delay is less than the other delays that were going on during that time period, meaning that those other delays were the critical path, and the experts actually testified on this. You make me very happy not to be a trial judge. How do you respond to the government's argument that you do not present simple math? Well, we use multiplication, and we use addition, and those are simple math concepts. You obviously have to look at an Excel spreadsheet, and you have to know what numbers to pull off the Excel spreadsheet, so the whole concept isn't you just do simple math. You actually have to study the documents and understand how to apply the simple math, and that is more difficult, but it doesn't change the fact that you can do the math. Related to doing the math, when they reordered the claim, we filed as a part of this motion practice after the trial an affidavit from Mr. Scott Hayward, our program manager, and he went through and redid the math, and that's the part that they're talking about was complicated. You had to go back to these Excel spreadsheets and pull the right cells and the right cost numbers off of those, and then put them together and do the multiplication and the addition, but his affidavit is at 611 through 617 in the appendix, and it walks you through how, if the judge wanted to reorder the claim. It talks about zeroing out certain cells and all that. How do you know exactly what to zero out? Maybe just wax a little poetic, not too long on that point. When you're using an Excel spreadsheet, there's direct cost, there's labor cost, and depending on how you split the claim up, and which portions you want to declare to be a separate claim, you've got to pull from the cells the appropriate labor, because once you subdivide the claims, not all of the direct and labor and material costs are applicable, and you've got to use engineering judgment to find out, okay, if I'm going to split this claim into two different parts than I originally did, some of these costs apply to the first part, some to the second. You have to zero out the cells for the Excel spreadsheet to work to do the calculation of the estimate. Once you're going to change a claim and make it different, you have to have a different estimate, and the process of preparing that estimate requires you to split up your costs in an appropriate new subdivision, and that's what he was doing in that. It sounds complicated, but it's what engineers do, and that's how estimates are prepared. We redid it. In a former life, I was an engineer, so I know a little bit about engineering. You can relate to how these things work, yes. Any further questions? It looks like I'm out of time. Thank you, and we again request a reversal and a remand as appropriate from the court. We thank both sides, and the case is submitted.